Russell G. Evans (7192)
**Pearson Butler PLLC**
Attorney for Debtor(s)
1802 W. South Jordan Parkway, Suite 200
South Jordan, UT 84095
(801) 495-4104
russell@pearsonbutler.com

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In Re: | Case No. 15-22037 (JTM) |
|---|---|
| MICHAEL BENNETT | Chapter 13 |
| Debtor. | (Filed Electronically) |

## EX PARTE MOTION TO DISMISS DEBTOR WITHOUT PREJUDICE

    Debtor, Michael Bennett, respectfully moves the Court for an Order dismissing the Debtor's present bankruptcy case.

    In support thereof, Debtor represents that he is entitled to a dismissal as a matter of right pursuant to 11 U.S.C. Section 1307(b) because this case has not been converted under Section 706 or 1112 of the Code.

    DATED: March 14, 2019.

                                                  /s/Russell G. Evans
                                                  Russell G. Evans, of and for
                                                  **Pearson Butler PLLC**